1  BLAKE L. OSBORN (SBN 271849)
   blake.osborn@dentons.com
2  DOMINICK M. JAFFE (SBN 347898)
   dominick.jaffe@dentons.com
3  DENTONS US LLP
   601 South Figueroa Street, Suite 2500
4  Los Angeles, CA 90017-5704
   Telephone: 213.623.9300
5  Facsimile: 213.623.9924

6  Attorneys for Defendant
   Hubei Grand Life Science & Technology, Co., Ltd.
7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11 GREEN WAVE INGREDIENTS, INC., a ) Case No. 2:23-cv-09987
   California corporation,           )
13                                   ) [Removed from Los Angeles Superior
                Plaintiff,            ) Court Case No. 23NWCV02893]
14                                   )
       v.                             ) **DEFENDANT HUBEI GRAND LIFE**
15                                   ) **SCIENCE & TECHNOLOGY, CO.,**
   HUBEI GRAND LIFE SCIENCE &        ) **LTD'S CERTIFICATE OF**
16 TECHNOLOGY, CO., LTD, a Chinese   ) **INTERESTED PARTIES**
   corporation, and DOES 1-10,       )
17                                   )
                Defendants.           )
18                                   )
                                     )
19                                   )
                                     )
20 _____ )

21

22

23

24

25

26

27

28

---

DEFENDANT HUBEI GRAND LIFE SCIENCE & TECHNOLOGY, CO., LTD'S CERTIFICATION OF INTERESTED PARTIES

In compliance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Hubei Grand life Science & Technology, Co., Ltd ("HGL"), by and through its undersigned attorneys, discloses that HGL is owned, directly or indirectly, by the following corporations: Hubei Yuanda Fuchi Pharmaceutical & Chemical Co., Ltd.; Wuhan Wuyao Technology Co., Ltd.; Grand Pharmaceutical (China) Co., Ltd.; China Grand Pharmaceutical (HK) Limited; Best Forward Group Limited; Grand Pharmaceutical Group Limited; OUTWIT Investment Limited; China Grand Enterprises, Inc.; Grand (Hong Kong) International Investments Holding Limited; and Beijing Grand Huachuang Investment Co. Ltd.

HGL further discloses that no publicly held corporation holds more than 10% of its stock.

DATED: November 27, 2023            DENTONS US LLP

By: _____
Blake L. Osborn

Attorneys for Defendant Hubei Grand Life Science & Technology Co., LTD.