1  BLAKE L. OSBORN (SBN 271849)
   blake.osborn@dentons.com
2  DOMINICK M. JAFFE (SBN 347898)
   dominick.jaffe@dentons.com
3  DENTONS US LLP
   601 South Figueroa Street, Suite 2500
4  Los Angeles, CA 90017-5704
   Telephone: 213.623.9300
5  Facsimile: 213.623.9924

6  Attorneys for Defendant
   Hubei Grand Life Science & Technology, Co., Ltd.
7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11 GREEN WAVE INGREDIENTS, INC., a ) Case No. 2:23-cv-09987
   California corporation,              )
12                                      ) [Removed from Los Angeles Superior
                    Plaintiff,          ) Court Case No. 23NWCV02893]
13                                      )
             v.                         ) **CERTIFICATE OF SERVICE RE**
14                                      ) **NOTICE OF REMOVAL OF**
   HUBEI GRAND LIFE SCIENCE &           ) **DEFENDANT HUBEI GRAND LIFE**
16 TECHNOLOGY, CO., LTD, a Chinese      ) **SCIENCE & TECHNOLOGY, CO.,**
   corporation, and DOES 1-10,          ) **LTD. AND RELATED PLEADINGS**
17                                      )
                    Defendants.         )
18                                      )
                                        )
19 _____  )

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 601 South Figueroa Street, 25th Floor, Los Angeles, California 90017.

On November 27, 2023, I served true copies of the document described as

1. **DEFENDANT HUBEI GRAND LIFE SCIENCE & TECHNOLOGY, CO., LTD.'S NOTICE OF REMOVAL**

2. **DECLARATION OF HUAJUN SUN IN SUPPORT OF DEFENDANT HUBEI GRAND LIFE SCIENCE & TECHNOLOGY CO., LTD.'S NOTICE OF REMOVAL**

3. **DECLARATION OF BLAKE L. OSBORN IN SUPPORT OF DEFENDANT HUBEI GRAND LIFE SCIENCE & TECHNOLOGY CO., LTD.'S NOTICE OF REMOVAL**

4. **CIVIL COVER SHEET**

5. **DEFENDANT HUBEI GRAND LIFE SCIENCE & TECHNOLOGY, CO., LTD'S CERTIFICATE OF INTERESTED PARTIES**

   **[X]**     **BY ELECTRONIC MAIL** by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

**Michael S. Magnuson**
**Law Offices of Michael S. Magnuson**
**13215 Penn Street, Suite 205**
**Whittier, CA 90602**
**T:  (562) 464-1140**
**F:  (562) 464-1144**
**E:  mike@magnusonlaw.com**

   **[X]**     **BY NEXT BUSINESS DAY DELIVERY:** I enclosed said document in an envelope or package provided by Federal Express and addressed to the person at the address above. I placed it for collection and next business day delivery at an office or a regularly utilized drop box of the carrier or delivered same to a courier or driver authorized by the carrier to receive documents.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 27, 2023, at Los Angeles, California.

*/s/ Pamela A. Coates*
_____
Pamela A. Coates