BLAKE L. OSBORN (SBN 271849)
blake.osborn@dentons.com
DOMINICK M. JAFFE (SBN 347898)
dominick.jaffe@dentons.com
DENTONS US LLP
601 South Figueroa Street
Suite 2500
Los Angeles, CA 90017-5704
Telephone:  213 623 9300
Facsimile:   213 623 9924

Attorneys for Defendant
Hubei Grand Life Science &
Technology, Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREEN WAVE INGREDIENTS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HUBEI GRAND LIFE SCIENCE & TECHNOLOGY, CO., LTD, a Chinese corporation, and DOES 1-10,<br><br>Defendants. | No. 2:23-cv-09987-MWF-MAR<br><br>[Removal from Los Angeles Superior Court Case No. 23NWCV02893]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS [L.R. 8-3]**<br><br>Complaint Served:      10/26/23<br>Current Response Date: 12/04/23<br>New Response Date:    12/19/23<br><br>Trial Date:   None Set |

Pursuant to Civil Local Rule 8-3, Plaintiff Green Wave Ingredients, Inc. ("Plaintiff") and Defendant Hubei Grand Life Science & Technology, Co., Ltd. ("Defendant" or "HGL") stipulate that the time in which Defendant must respond to the complaint shall be extended by 15 days, to and including Tuesday, December 19, 2023.

On November 27, 2023, Defendant HGL removed this case from the Superior Court of the State of California, County of Los Angeles to this Court. On November 26, 2023, Defense counsel sent electronic correspondence to Plaintiff's counsel informing them of Defendant's intent to remove the case to federal court, and outlining its potential intention to seek dismissal under Rule 12(b)(5), Rule 12(b)(6), and/or to move to compel arbitration.

The current deadline to file a responsive pleading to Plaintiff's Complaint is December 4, 2023 based on removal. To allow the Parties sufficient time to engage in a meaningful meet and confer process about the issues raised in Defendant's meet and confer correspondence, the Parties stipulate to extend Defendant's deadline to file a responsive pleading to Plaintiff's Complaint, including motions to dismiss and/or compel arbitration. The Parties have agreed than an extension to December 19, 2023 is necessary to meaningfully participate in and complete the meet and confer process, see if any resolutions can be had without motion practice, and honor the spirit of the local rules.

DATED: December 1, 2023            Law Offices of Michael S. Magnuson

By: */s/Michael S. Magnuson*
        Michael S. Magnuson

*Attorneys for Plaintiff Green Wave Ingredients, Inc.*

|  |  |
|---|---|
| 1 | DATED: December 1, 2023  Dentons US LLP |
| 2 | |

By:    /s/ *Blake L. Osborn*_____
        Blake L. Osborn
        *Attorneys for Defendant*
        *Hubei Grand Life Science &*
        *Technology, Co., Ltd.*

## **ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the filer of this document attests that all other signatories listed and on whose behalf this filing is made concur in the filing of this document and have granted permission to use an electronic signature.

                                                                                      /s/ *Blake L. Osborn*

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300