NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

MICHAEL S. MAGNUSON (SBN 66680)
Law Offices of Michael S. Magnuson
13215 Penn Street, Suite 205
Whittier, CA 90602
T 562-464-1140
F 562-464-1144
E mike@magnusonlaw.com

ATTORNEY(S) FOR: Plaintiff, Green Wave Ingredients, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| GREEN WAVE INGREDIENTS, INC. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:23-cv-09987-MWF-MAR |
| v. | |
| HUBEI GRAND LIFE SCIENCE AND TECHNOLOGY CO. LTD., et al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for GREEN WAVE INGREDIENTS, INC. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| GREEN WAVE INGREDIENTS, INC. | Plaintiff |
| HUBEI GRAND LIFE SCIENCE AND TECHNOLOGY CO. LTD. | Defendant |

GREEN WAVE INGREDIENTS, INC. discloses that no publicly held corporation holds more than ten percent (10%) of its stock.

December 8, 2023                    /s/ MICHAEL S. MAGNUSON
Date                                Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff, GREEN WAVE INGREDIENTS, INC.