**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREEN WAVE INGREDIENTS, INC., <br><br>   Plaintiff, <br><br>   v. <br><br> HUBEI GRAND LIFE SCIENCE & TECHNOLOGY CO., LTD., et al., <br><br>   Defendants. | Case No.  CV 23-9987-MWF(MARx) <br><br> **ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |

Upon consideration of the parties' Second Stipulation to Extend Time to Respond to Initial Complaint (Docket No. 10), and good cause appearing therefor, the Court GRANTS the parties' request and ORDERS that Defendant's response to the Complaint shall be filed no later than **January 18, 2024**.

**IT IS SO ORDERED.**

Dated:  December 19, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge